DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THOMAS GREGORY STUART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0174

_____

November 12, 2025

Appeal from the Circuit Court for Hillsborough County; Christine Marlewski, Judge.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.